UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

RYAN KELLY

                Plaintiff

    -against-

COUNTY OF ONONDAGA,
JOHN UZUNOFF and JAMES QUIGLEY

                Defendants

------------------------------------------------------------------X

9:20-CV-1335 (MAD/DJS)

**NOTICE OF APPEARANCE**

**To:** Clerk of the court and all parties of record

**PLEASE TAKE NOTICE**, that the undersigned attorney, duly authorized to practice within the Northern District of New York, hereby enters his appearance as counsel for the plaintiff, RYAN KELLY in the above captioned matter.

*/s/ David Roche*
David T. Roche, Esq.
Sivin, Miller & Roche LLP
20 Vesey Street, Suite 1400
New York, NY 10007
(212) 349-0300
droche@sivinandmiller.com