## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**RYAN KELLY,**

          Plaintiff,

    vs.                         **CASE NUMBER: 9:20-cv-1335  MAD/DJS**

**COUNTY OF ONONDAGA;**
**JOHN UZUNOFF;**
**JAMES QUIGLEY,**

          Defendants.

_____

**Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED and ADJUDGED** that in the above entitled action, after the completion of a Jury Trial before the Honorable Mae A. D'Agostino on February 10, 2022, the Jury finds in favor of the defendants County of Onondaga, John Uzunoff, and James Quigley.  Accordingly, the action is **DISMISSED** in its **ENTIRETY**, and Judgment is entered in favor of defendants County of Onondaga, John Uzunoff, and James Quigley.

DATED: February 10, 2022

_____
Clerk of Court

S/Britney Norton
_____
Britney Norton
Deputy Clerk